UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2010 JUN 23 PM 12: 18

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

MY AMERICAN ACCESS, INC.,
A Georgia Corporation,

Plaintiff,

8:10CV1425 26 TBM

v.

ATLANTIS HEALTH SYSTEMS, INC.,
A New York Corporation,

Defendant.

_____/

## COMPLAINT

The Plaintiff, My American Access, Inc., a Georgia Corporation doing business as Sponsored United Member Benefits Association ("SUMBA") now sues the Defendant Atlantis Health Systems, Inc. ("Atlantis"), a New York Corporation, and in support hereof, states as follows:

1. This is an action for breach of contract.

2. My American Access, Inc., Plaintiff herein, is a Georgia Corporation doing business as Sponsored United Member Benefits Association.

3. Atlantis is a New York Corporation and maintains and operates s division known as Atlantis Health Plans.

4. On July 26, 2006, SUMBA entered a written agreement (the "Agreement") a copy of which is attached as Exhibit A, with Atlantis and SUMBA and Atlantis stipulated and agreed that, "The governing law shall be made in the County of Pinellas, State of Florida and shall be stipulated and interpreted pursuant to the laws of the State of Florida and venue shall be in the State of Florida, County of Pinellas."



1

5. SUMBA seeks damages in excess of $75,000.00.

6. This Court has jurisdiction over this action pursuant to 28 U.S.C. 1332, and venue is appropriate in the Middle District of Florida, Tampa Division pursuant to 28 U.S.C. 1391.

7. SUMBA creates and implements a member benefit program for corporations, wherein members pay SUMBA a monthly fee, and in return, receive a package of benefits including such benefits as providing discounts on lifestyle, business, security, health & wellness, family, and leisure products and services.

8. The terms of the Agreement provide, in pertinent part:

    a. Atlantis agreed to solicit potential customers to subscribe to services provided by SUMBA;

    b. Atlantis was responsible for executing the signing up of customers;

    c. Atlantis was authorized to procure membership applications to SUMBA;

    d. Atlantis was authorized to engage independent sales representatives to market the SUMBA benefit program;

    e. Atlantis was required to send SUMBA all new membership applications;

    f. Atlantis would charge and collect a fee from the new members, and the Agreement provides for Atlantis to retain a portion of the membership fee and to remit the remainder to SUMBA;

    g. In addition to the retention of a portion of the membership fees collected by Atlantis, Atlantis was entitled to certain commissions;

h. SUMBA was required to brand a website including an online shopping mall for all SUMBA members generated by Atlantis;

i. SUMBA was required to pay to Atlantis a percentage of commissions earned on the Atlantis branded online shopping mall;

j. SUMBA was required to provide a dedicated toll-free customer service and internet interface for eligible members; and

k. SUMBA was responsible to provide membership fulfillment packages.

9. The Agreement provides that either party may terminate on 90 days written notice and, "In the event this agreement is terminated without cause by Atlantis Health Plan, Atlantis Health Plan shall forfeit any and all existing commission schedules or existing business and renewals after the date of said termination."

10. By letter dated January 22, 2010, Atlantis notified SUMBA that Atlantis was terminating the Agreement without cause, a copy of which is attached as Exhibit B (the "Termination Letter").

11. Pursuant to the express terms of the Agreement, due to the termination of the Agreement without cause, Atlantis is required to forfeit all existing commission schedules or existing business and renewals.

12. After issuance of the Termination Letter, Atlantis switched all existing business to a different and competitive program in violation of the terms of the Agreement.

13. At the time of the Termination Letter, SUMBA was servicing approximately 2,000 Atlantis Members.

14. The foregoing constitutes breach of the Agreement, and as a proximate cause thereof, SUMBA has been damaged in an amount in excess of $75,000.00.

15. In addition to monetary damages, the Agreement provides that the defaulting party is liable for attorney fees and costs arising in connection any failure to perform in accordance with the provisions of this Agreement.

16. The Plaintiff has retained undersigned counsel and is obligated to pay a reasonable fee.

17. The amounts due Plaintiff from the Defendant under the Agreement are capable of mathematical determination, and the Plaintiff is entitled to pre-judgment interest.

18. Since Atlantis possesses all information necessary to calculate damages, Atlantis should be ordered to conduct a full accounting of all existing business and renewals at the time of termination, and disgorge all said existing business and renewals to Plaintiff.

19. Demand for Jury Trial:  Plaintiff Demands Trial by Jury on All Issues So Triable.

Wherefore; the Plaintiff requests this Court to schedule this matter for jury trial, to order a complete accounting of all existing business and renewals as of the date of termination, to require Atlantis to disgorge all existing business and renewals to Plaintiff, to award damages, the costs of this action, attorney fees, prejudgment interest, and such other relief as the Court deems appropriate.

Dated: *June 22, 2010*

Schutz Litigation LLC

Donald J. Schutz
Trial Counsel
Fla. Bar No. 382701
535 Central Avenue
St. Petersburg, FL  33701
727-823-3222
727-895-3222
Attorney for Plaintiff

5

# Exhibit A

## SUMBA AFFILIATE MARKETING AGREEMENT

This agreement entered into this 27th day of July, 2006, by and between Sponsored United Member Benefits Association, (hereinafter referred to as 'SUMBA") and ATLANTIS HEALTH PLAN.

WHEREAS, SUMBA and its current licensed trademarked benefits program under the umbrella of UUMBA (United Union Member Benefits Association), is engaged in the business of developing, designing, marketing and distributing a benefits and discount program...

WHEREAS, ATLANTIS HEALTH PLAN is in the business of marketing health insurance plans in the State of New York in the 5 boroughs of New York City.

WHEREAS, ATLANTIS HEALTH PLAN desires to establish a relationship with SUMBA with regard to selling of the SUMBA benefits program in the 5 boroughs in New York City.

WHEREAS, ATLANTIS HEALTH PLAN desires to be in the business of introducing and enrolling potential clients or customers into the SUMBA benefits program.
 (For purposes of this agreement clients and customers will be presumed to include affiliates, subsidiaries, associates, groups, independent contractors, brokers and individual sales agents).

NOW THEREFORE, in consideration of the mutual promises and covenants contained herein the parties agree to as follows;

## DUTIES OF ATLANTIS HEALTH PLAN

1. ATLANTIS HEALTH PLAN agrees to solicit potential customers on a non-exclusive opt in opt out basis to subscribe to the services provided by SUMBA, its affiliates, associates, subsidiaries, successors or assigns for a monthly membership fee of $9.95.and a one time registration fee of $9.95

2. The parties agree that ATLANTIS HEALTH PLAN shall be responsible for executing said sign ups and said number of sign ups as a material part of the performance of this marketing agreement.

    A. Attempt to conduct sales presentations and execute sales with various companies, individuals, affiliates, subsidiaries, associates, groups, independent contractors, brokers and individual sales agent/s, of the SUMBA product benefits program.

Confidential         Page 1  7/27/2006

AHP Initial _____

SUMBA _____

07/27/2006  13:48     2127478473                    BILLING & ENROLLMENT                    PAGE   02/05

B. In order to execute said sales, **ATLANTIS HEALTH PLAN** agrees to obtain prior written approval from SUMBA for any and all printed or electronically formatted, literature, websites, presentation materials, membership cards, or printed items as to the design, format, distribution, and trade name, use of any vendor name, trade mark or service mark of SUMBA or any vendor under contract to SUMBA or its affiliates.

C. **ATLANTIS HEALTH PLAN** shall be authorized to solicit, procure and submit membership applications to SUMBA, as mutually agreed upon.

D. **ATLANTIS HEALTH PLAN** shall be authorized to engage independent sales representatives to market the SUMBA benefit programs to clients and customers and to include affiliates, subsidiaries, associates, groups, independent contractors, brokers and individual sales agents.

E. **ATLANTIS HEALTH PLAN** shall send to SUMBA all new membership applications information electronically or in a mutually agreed upon medium every Thursday by 12:00 PM Eastern Time from the previous week's written and accepted business by the direct field sales force from customers that will be presumed to include affiliates, subsidiaries, associates, groups, independent contractors, brokers and individual sales agents.

F. **ATLANTIS HEALTH PLAN** shall send to SUMBA via ACH all monies due for new member applications every Thursday by 12:00 PM Eastern Time from the previous week's written and accepted business by the direct field sales force from customers that will be presumed to include affiliates, subsidiaries, associates, groups, independent contractors, brokers and individual sales agents.

G. **ATLANTIS HEALTH PLAN** shall submit all monies due to SUMBA for membership renewals via ACH on the anniversary date of SUMBA member's application date.

H. **ATLANTIS HEALTH PLAN** shall sell the $9.95 SUMBA program as outlined in Schedule A. Mutually agreed pricing shall occur from time to time with the addition of new products and services.

I. **ATLANTIS HEALTH PLAN** shall be responsible for only the member's paid premium on a pro-rata basis caused by member cancellation of SUMBA's benefit program.

J. **ATLANTIS HEALTH PLAN** shall offer only the terms and conditions of the SUMBA benefits program authorized by SUMBA and shall use only materials approved in writing by SUMBA, including but not limited to memberships applications, promotional advertising and recruiting materials.

K. **ATLANTIS HEALTH PLAN** agrees to place a SUMBA banner and/or link on the **ATLANTIS HEALTH PLAN** website and for any other mutually agreed upon uses.

L. **ATLANTIS HEALTH PLAN** will supply and authorize the use of their logo to SUMBA for the purposes of the SUMBA website and fulfillment materials and for any other mutually agreed upon uses.

Confidential          Page 2    7/27/2006

AHP Initial _____

SUMBA _____

3. ATLANTIS HEALTH PLAN shall be an independent contractor of SUMBA and shall not be associated by contract with SUMBA in any other respect.

4. ATLANTIS HEALTH PLAN shall not be an employee or represent itself as an employee or as an affiliate of SUMBA or any subsidiary companies of SUMBA. ATLANTIS HEALTH PLAN shall not be either a party or an agent, a legal representative, joint venture, partner, employee or servant, shall not represent itself as same to any third parties.

5. ATLANTIS HEALTH PLAN is not authorized to make, alter, or discharge contracts, extend the time or method of payment, or waive or retain any money due SUMBA unless previously stipulated in writing by SUMBA.

6. ATLANTIS HEALTH PLAN has no authority to act for or on behalf of SUMBA except as provided for in this agreement and has no other authority, power or use granted to it.

## REMUNERATION

SUMBA agrees that ATLANTIS HEALTH PLAN is charging a set fee per the outline in Schedule A. Subject to change when mutually agreed upon.

1. ATLANTIS HEALTH PLAN shall retain $0.33 cents of the $9.95 registration fee to cover administration and every 24 months thereafter.

2. ATLANTIS HEALTH PLAN shall retain $3.00 of the $9.95 registration fee to commission their sales force. Then again on the 2 year renewal.

3. ATLANTIS HEALTH PLAN shall retain $0.33 cents per member per month of the $9.95 monthly membership fee to cover administration.

4. ATLANTIS HEALTH PLAN shall retain $2.00 per member per month on monthly membership fee to commission their sales force.

5. ATLANTIS HEALTH PLAN shall retain $2.00 per member per month on the $14.95 Health Card product to commission sales force. A $0.25 (cents) per member per month shall be retained for administration fee. An additional $0.25 (cents) per member per month shall be retained as an advertising co/op allowance for print materials.

6. ATLANTIS HEALTH PLAN shall retain $5.00 per member per month on the $24.95 Health card product to commission sales force. A $0.25 (cents) per member per month shall be retained for administration fee. An additional $0.25 (cents) per member per month shall be retained as an advertising co/op allowance for print materials.

7. ATLANTIS HEALTH PLAN shall receive a 10% commission on commissionable sales received from the online branded shopping mall to be used for management hierarchy bonus plans, educational seminar expenses, and/or the purchase of leads for the newly recruited.

8. ATLANTIS HEALTH PLAN shall receive a 2% commission on commissionable sales received from the online branded shopping mall for administration fee.

Confidential     Page 3   7/27/2006

AHP Initial _____

SUMBA _____

9. All commissions and/or additional fees from online shopping mall sales, payable by SUMBA to ATLANTIS HEALTH PLAN will be made out of monies actually received by SUMBA. If for any reason (whether by the terms of any contract, termination, default, breach, tort or otherwise) SUMBA does not actually receive or is not entitled to payments from it's vendor (shopping mall), then SUMBA shall not be obligated to ATLANTIS HEALTH PLAN for that commission.

ATLANTIS HEALTH PLAN can charge up to $29.95 monthly membership to its clients, per approval by UUMBA / SUMBA receives 20% of any and all marketing fees over the $9.95 current marketing opt in program fee.

SUMBA has approved ATLANTIS HEALTH PLAN to charge a $19.95 monthly membership fee and has agreed t waive the 20% administration fee for the $19.95 only. In the event ATLANTIS HEALTH PLAN chooses to charge $29.95 SUMBA is entitled to the 20% administration fee.

## DUTIES OF SUMBA

1. SUMBA agrees to brand a website and online shopping mall. Current members will access the member benefits and discount via a link from the ATLANTIS HEALTH PLAN website.

2. SUMBA shall pay a percentage of commissions earned on the Atlantis branded shopping mall according to Schedule A.

3. SUMBA shall provide dedicated toll-free customer service and internet interface for eligible members to access and locate providers and service membership. Trained customer service representatives shall be available during reasonable business hours Monday through Friday except on recognized holidays.

4. SUMBA shall be responsible for providing standard membership fulfillment packages to eligible members. This package will include two (2) member cards, benefit descriptions of each benefit provided by SUMBA.

5. SUMBA shall authorize ATLANTIS HEALTH PLAN to use the trademarked name of UUMBA (United Union Member Benefits Association) as an endorsement on marketing materials that have been approved by UUMBA.

6. SUMBA will provide access to a website (via link from ATLANTIS HEALTH PLAN site) that outlines program detail and provides online registration to enroll members in SUMBA's current affinity loyalty program. This website is hosted and developed by SUMBA.

SUMBA reserves the right at its sole discretion to amend or modify the products, pricing and commission schedules offered to ATLANTIS HEALTH PLAN, from time to time under this Agreement.

Confidential        Page 4   7/27/2006

AHP Initial

SUMBA

## TERMS

This agreement shall continue indefinitely unless and until:

1. Termination with 90 days written notice by either party with or without cause. In the event this agreement is terminated by SUMBA without cause ATLANTIS HEALTH PLAN will continue to be paid commissions on existing business and renewals for as long as membership fees are collected by ATLANTIS HEALTH PLAN. In the event this agreement is terminated without cause by ATLANTIS HEALTH PLAN, ATLANTIS HEALTH PLAN shall forfeit any and all existing commission schedules or existing business and renewals after the date of said termination.

   This contract can also be terminated with 90 days written notice by SUMBA "with cause" which is defined as misrepresentation by ATLANTIS HEALTH PLAN or any of its companies, individuals, affiliates, subsidiaries, associates, groups, independent contractors, brokers and individual sales agents of the SUMBA benefit programs in the marketplace, or default or breach by ATLANTIS HEALTH PLAN of the terms of this Agreement or those contained in any subsequent amendments or schedules. SUMBA may give written notice demanding that said default be remedied within thirty days, and if the default is not remedied, this Agreement is deemed terminated forthwith. In the event of breach by ATLANTIS HEALTH PLAN of any covenants of this Agreement or any of the terms herein, ATLANTIS HEALTH PLAN shall forfeit all rights to any further commissions or payments that might otherwise be due.

2. ATLANTIS HEALTH PLAN agrees to pay all court costs and reasonable attorneys' fees incurred by SUMBA in obtaining specific performance of, or any injunction against violation of, or continuous violation of the requirements of this Agreement.

Each party shall hold harmless and indemnify the other party against any and all claims, actions, proceedings, expenses, damages, judgments and liabilities, including reasonable attorney's fees and court costs arising in connection with this Agreement and/or the services to be provided hereunder due to the other's negligence, breach of this Agreement or failure to perform in accordance with the provisions of this Agreement. The indemnity contained in this paragraph shall survive the termination of this Agreement.

## PARTIAL INVALIDITY: SEVERABILITY

In case any one or more of the provisions contained herein shall, for any reason, be held invalid, illegal or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provision of this agreement, but this agreement shall be construed, so far as is reasonable and possible, as if such invalid, illegal, or unenforceable provision or provisions had never been contained herein or in a manner that is reasonable and reflects the intent of the parties hereto.

## ASSIGNMENT

Neither this Agreement nor any of the benefits to accrue hereunder shall be assigned or transferred, either in whole nor in part, without the prior written consent of SUMBA, which will not be unreasonably withheld. This Agreement shall inure to the benefit of and be binding upon the parties hereto and their respective heirs, legal representatives, successors and assign.

Confidential        Page 5  7/27/2006

AHP Initial _____

SUMBA _____

## NON-CIRCUMVENTION.

Prior to December 31, 2007, ATLANTIS HEALTH PLAN will not, on behalf of themselves or on behalf of any other person or entity, directly or indirectly attempt to contact any persons reflected in said documents or reveal information, identities, or information contained in said documents. Nor will said individuals or ATLANTIS HEALTH PLAN attempt to perform a benefits package for members or any kind of benefits package/packages, for any loyalty or affinity programs in the United States. ATLANTIS HEALTH PLAN agrees not to circumvent or compete, or attempt to circumvent or compete, with UUMBA/SUMBA in connection with any business opportunity that arises as a result of confidential information disclosed by UUMBA/SUMBA to ATLANTIS HEALTH PLAN, or discovered by ATLANTIS HEALTH PLAN from association with UUMBA/SUMBA during the term of this Agreement, regardless of whether any transaction is completed relating to any such business opportunity. For purposes of this provision, "circumvent or compete" is defined as any act, contact, or negotiation relating to a purchasing or sales transaction, or any attempt thereof, of a stored value card or card system, or other business activity or item, whether implemented, or now being developed by UUMBA/SUMBA or contemplated and disclosed to ATLANTIS HEALTH PLAN through this date, July 25, 2006 or hereafter. It shall further include, but not be limited to financial products or services, whether delivered via the internet or otherwise, other forms of standard or e-commerce and/or internet merchant banking or processing services of the nature provided, or contemplated to be provided by UUMBA/SUMBA to any person or entity whose characterization or identity is disclosed during the term of this agreement. For purposes of this provision, "circumvent or compete" is defined as any act, contact, or negotiation relating to network and data center configuration, technical information, software, designs, pricing, equipment, customer and supplier lists, vendor agreements, strategic alliances and partnerships, product and services development plans, business and marketing plans and strategies, formulas, trade secrets and other reasonably anticipated confidential information. "Confidential or Proprietary Information" includes, without limitation, any and all information, data facts, documents, procedures, processes, ideas, methodologies, mathematical formulas, mathematical conclusions, products, development plans, business plans, accounting data compilations of data numbers, trade secrets, specifications, system designs, applications, routines, subroutines, techniques, formulas, and any other intellectual property, including, without limitations, "best practices" or procedures which may be owned or developed by any party to this agreement. All such confidential or proprietary information may be oral, written, machine-readable, or in any other form is the sole property of UUMBA/SUMBA.

## LEGISLATIVE CHANGES

In relation to the subject matter of this Agreement, each party shall perform its duties in compliance with all applicable laws, ordinance, regulations and other requirements that are now governing or may in the future govern the subject matter of this Agreement. If the performance of a duty by either party under this Agreement cannot be performed due to a legislative or regulatory change, or if the performance by any party hereto of any term, covenant, condition or provision of the Agreement should violate any statute, ordinance, or be otherwise deemed illegal by any governmental body or agency (collectively, "Jeopardy Event"), then the parties shall use their best efforts to meet forthwith and attempt to renegotiate this Agreement to remove or negate the effect of the Jeopardy Event.

## WAIVERS

Failure of either party to complain of any act or omission on the part of the other party, no matter how long the same may continue, shall not be deemed to be a waiver by said party of any of its rights hereunder. No waiver by either party at any time, express or implied, of any breach of any provision of this Agreement shall be deemed a waiver of a breach of any other provision of this Agreement or a consent to any such subsequent breach of the same or any other provision.

Confidential        Page 6   7/27/2006

AHP Initial

SUMBA

## CONSTRUCTION

This Agreement shall be interpreted as though it were mutually drafted. The masculine shall be deemed to include the feminine and vice versa, and the singular shall be deemed to include the plural and vice versa. In the event of a dispute hereunder, this Agreement shall be interpreted in accordance with its fair meaning and shall not be interpreted fro or against any Party hereto on the ground that such party drafted or caused to drafted this Agreement or any part here, nor shall any presumption or burden of proof or persuasion be implied by virtue of the fact that this Agreement may have been prepared by or at the request of a particular Party of their counsel.

## ENTIRE AGREEMENT

This Agreement contains the entire and only Agreement between the parties hereto, with regard to the current SUMBA product benefit programs as of 7/25/06, and supersedes all other prior Agreements between the parties whether written or oral. This Agreement shall not be modified or amended in any manner except in writing signed by all parties.

## CAPTIONS

The paragraph captions contained herein are intended for purposes of convenience or reference only and shall not be considered in construing this instrument.

## FORCE MAJEURE

Neither party shall be deemed to be in default of any provisions of this Agreement, or for failure in performance, resulting from acts or events beyond the control of such party provided the party claiming force majeure gives the other party prompt notice of such condition. Such acts shall include, but not be limited to, acts of God, civil or military authority and disturbance, act of terrorism, war, strikes, fires, other catastrophes, or other events beyond the parties' reasonable control. Force majeure conditions shall not excuse payment obligations provided services remain current

## GOVERNING

The governing law shall be made in the County of Pinellas, State of Florida and shall be stipulated and interpreted pursuant to the laws of the State of Florida and venue shall be in the State of Florida, County of Pinellas.

**EXECUTED BY THE PARTIES HERETO:**
United Union Member Benefits Association
BY SUMBA;
Signature:
Date:                               7/27/06
Name:
Title:

ATLANTIS HEALTH PLAN
Signature:
Date:                               7/27/06
Name:
Title:

Confidential        Page 7  7/27/2006

AHP Initial
SUMBA

## Schedule A

| Disbursement Schedule | Opt In/Opt Out $9.95 | Opt In/Opt Out $19.95 | Opt In/Opt Out $29.95 |
|---|---|---|---|
| Registration Fee | $9.95 (Every 2 years) | $9.95 (Every 2 years) | $9.95 (Every 2 years) |
| Registration Fee Sales Force Commission | $3.00 pm | $3.00 pm | $3.00 pm |
| Registration - Administration | $0.33 pm | $0.33 pm | $0.33 pm |
| Monthly Membership Fee | $9.95 pmpm | $19.95 pmpm | $29.95 pmpm |
| Monthly Membership Fee - Sales Force Commission | $2.00 pmpm | $12.00 pmpm | $18.00 pmpm |
| Monthly Membership Fee - Administration | $0.33 pmpm | $0.33 pmpm | $0.33 pmpm |
| Shopping Mall - Bonus Pool - Education Seminars etc. | 10% of commissionable sale | 10% of commissionable sale | 10% of commissionable sale |
| Shopping Mall - Administration | 2% of commission | 2% of commission | 2% of commission |

Confidential   Page 8  7/27/2008

AHP Initial

SUMBA



Jul 27 06 02:14p
07/27/2005 13:40   2127478473

BILLING & ENROLLMENT
BILLING & ENROLLMENT
PAGE   01/02

P. 9
PAGE   08/09

**ATLANTIS HEALTH PLAN** branded online shopping mall commissions shall be paid as follows:

For merchants that provide payouts every 30 days, the rebates will be paid out within 30 days after receipt of merchant payout, which means that the time between the earning and payment of the rebate could require 60 days.

For merchants that provide payouts every 60 days, the rebates will be paid out within 30 days after receipt of merchant payout, which means that the time between the earning and payment of the rebate could require 90 days.

For merchants that provide payouts every 90 days, the rebates will be paid out within 30 days after receipt of merchant payout, which means that the time between the earning and payment of the rebate could require 120 days.

For merchants that provide payouts every 120 days, the rebates will be paid out within 30 days after receipt of merchant payout, which means that the time between the earning and payment of the rebate could require 150 days.

And shall be paid to **ATLANTIS HEALTH PLAN** by the 15th day of the following month.

WHEREAS, ATLANTIS HEALTH PLAN has chosen

(Initial) _____ $9.95

(Initial) _____ ($19.95)

(Initial) _____ $29.95.

IN WITNESS OF _____

(Company name) _____

(Title) _____ ( o o _____ by _____

Confidential      Page 9   7/27/2005

AHP Initial _____

SUMBA _____

# Exhibit B

www.atlantiship.com

January 22, 2010


My American Access
SUMBA
PO Box 458
McDonough GA 30252
Attn: Mr. Joe Sansonetti


Dear Joe,

I hope you and your family are well.

Although Atlantis and SUMBA have enjoyed an ongoing relationship for the past few years, we have made the difficult decision to move in a different direction.

Pursuant to our agreement, please accept this letter as our official 90 notice to terminate our contract. It is our intention that we will be moving all members out of our current Rewards Program and will not enroll any new members in SUMBA after April 30, 2009.

This was a difficult decision to make and one our entire management team had a hand in making. Should you like to discuss this further please refer all questions to me only at 212-747-8275.

Very Truly Yours,

William M. Friedman
**Senior Vice President**
**Atlantis Health Plan, Inc.**



**ATLANTIS**
HEALTH PLAN
*By Doctors. For New Yorkers.*